No. 26900.

Court of Criminal Appeals of Texas.

March 24, 1954.

## WILLS v. STATE.

No. 26914.

Court of Criminal Appeals of Texas.

March 31, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Lubbock County, Texas; the punishment assessed is a fine of $500 and confinement in the county jail for 30 days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment of the trial court is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.